AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Title 18 U.S.C. Section 661 - Theft Within the Special Maritime and Territorial Jurisdiction of the United States (Class A Misdemeanor)

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

DEFENDANT - U.S.

▶ NORMAN LOUIE

DISTRICT COURT NUMBER

CR 07 0814 MAG

PENALTY:
Maximum Prison Term 1 year
Maximum Fine $100,000
Maximum Supervised Release 1 year
Mandatory Special Assessment $25

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

U.S. Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  WENDY THOMAS

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 11/11/2007
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED
07 DEC 21 AM 11:04
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MAG

| UNITED STATES OF AMERICA, | ) No. 08 14 |
|---|---|
| Plaintiff, | ) VIOLATION: Title 18, United States Code, Section 661 - Embezzlement within Special Maritime and Territorial Jurisdiction (Class A Misdemeanor) |
| v. | ) |
| NORMAN LOUIE, | ) SAN FRANCISCO VENUE |
| Defendant. | ) |

### INFORMATION

The United States Attorney charges:

On or about November 11, 2007, in the Northern District of California, within an area of special maritime and territorial jurisdiction, to wit: land under the exclusive jurisdiction of the United States and administered by the Presidio Trust, the defendant,

NORMAN LOUIE,

did knowingly and intentionally take and carry away, with the intent to steal and purloin, the personal property of Sports Basement, to wit: two (2) North Face jackets and one (1) backpack,

//

INFORMATION

1  belonging to Sports Basement, in violation of Title 18, United States Code, Section 661, a Class
2  A Misdemeanor.
3
4  DATED: 12/19/07                              SCOTT N. SCHOOLS
                                                United States Attorney
5
6                                               GREGG W. LOWDER
7                                               Chief, Major Crimes Section
8
9  (Approved as to form: 
                         WENDY THOMAS
10                       Special Assistant United States Attorney
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INFORMATION