JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-6809
    Facsimile: (415) 436-7234
    E-Mail: wendy.thomas@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 07-0814 MAG |
|     Plaintiff, ) | |
| v. ) | **[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM DECEMBER 26, 2007 TO FEBRUARY 13, 2008** |
| NORMAN LOUIE, ) | |
|     Defendant. ) | |

    The parties appeared before the Honorable Nandor J. Vadas on December 26, 2007. At that time, the parties stipulated that the matter would be continued until February 13, 2008, and that time should be excluded from the Speedy Trial Act calculations from December 26, 2007, through February 13, 2008, for a period during which Pre-Trial Services will evaluate the eligibility of the defendant for pretrial diversion. *See* 18 U.S.C. § 3161(h)(2). The parties agree that pretrial diversion is an appropriate disposition of this case and that - taking into account the public interest in prompt disposition of criminal cases - good cause exists for this

//

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0814 MAG**

extension. Accordingly, the parties agree that the prosecution will be deferred for Pretrial Services to evaluate the defendant for pretrial diversion eligibility. 18 U.S.C. § 3161(h)(2).

    IT IS SO STIPULATED.

DATED: 1/8/08                      /s/
                                   ERIC HAIRSTON
                                   Counsel for Norman Louie

DATED: 1/5/08                      /s/
                                   WENDY THOMAS
                                   Special Assistant U.S. Attorney

    IT IS SO ORDERED.

DATED:_____
                                   THE HON. NANDOR J. VADAS
                                   United States Magistrate Judge

**[PROPOSED[ ORDER AND STIPULATION EXCLUDING TIME CR 07-0814 MAG**      2